

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

SHAWN D. FABIAN
*Assistant Corporation Counsel*
phone: (212) 788-0906
fax: (212) 788-9776
shfabian@law.nyc.gov

March 4, 2008

**BY HAND DELIVERY**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

MAR - 6 2008

Re:    <u>Kenneth Fredericks v. City of New York, et al.</u>, 07 Civ. 3659 (LAK)(JCF)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendants City of New York, Corporation Counsel, Michael Cardozo, the New York City Police Department, Rogers, Williams and Encarnacion in the above-referenced matter.

      Defendants write to respectfully request a five business day enlargement of time from March 10, 2008 until March 17, 2008 to file a written objection to the Honorable James C. Francis's Report and Recommendation in the above-referenced case. The reason for this request is that the undersigned currently has a number of depositions scheduled for the remainder of the week in another matter, and therefore, a five business day enlargement of time until March 17, 2008 would allow the undersigned sufficient time to properly respond to Judge Francis's Report and Recommendation.

      Plaintiff, who is proceeding *pro se*, has not provided defendants with a telephone number where he may be reached in order for defendants to seek consent to this request. Accordingly, this application is made directly to the Court.

**MEMO ENDORSED**

*Granted*

LEWIS A. KAPLAN 3/6/08