```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
KENNETH FREDERICKS,                     : 07 Civ. 3659 (LAK) (JCF)
                                        :
                Plaintiff,              :     O R D E R
                                        :
     - against -                        :
                                        :
THE CITY OF NEW YORK, CORPORATION       :
COUNSEL, MICHAEL A. CARDOZO, NEW        :
YORK CITY POLICE DEPARTMENT, P.O.       :
TIMOTHY ROGERS, PRINCE WILLIAMS,        :
SGT. JORGE ENCARNACION, and OTHERS,     :
                                        :
                Defendants.             :
- - - - - - - - - - - - - - - - - - - -:
```

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08**

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Defendants' motion to dismiss having been granted in part and denied in part, and this case having been referred to me for general pretrial supervision, it is hereby ORDERED as follows:

1. A pretrial conference shall be held on April 25, 2008 at 10:30 a.m. in courtroom 18-D at 500 Pearl Street, New York, New York 10007.

2. Plaintiff and counsel for defendants must attend.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         March 26, 2008

Copies mailed this date:

Kenneth Fredericks
Belleview Men's Shelter
400 East 30th Street
New York, New York 10016

1

Shawn D. Fabian, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007

2