```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
KENNETH FREDERICKS,                  : 07 Civ. 3659 (LAK) (JCF)
                                     :
                Plaintiff,           :   O R D E R
                                     :
      - against -                    :
                                     :
THE CITY OF NEW YORK, CORPORATION    :
COUNSEL, MICHAEL A. CARDOZO, NEW     :
YORK CITY POLICE DEPARTMENT, P.O.    :
TIMOTHY ROGERS, PRINCE WILLIAMS,     :
SGT. JORGE ENCARNACION, and OTHERS,  :
                                     :
                Defendants.          :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/25/08

A pretrial conference having been held on April 25, 2008, it is hereby ORDERED as follows:

1. A settlement conference will be held on May 7, 2008 at 11:30 a.m. in courtroom 18-D at 500 Pearl Street, New York, New York.

2. All discovery shall be completed by July 31, 2008.

3. The pretrial order shall be submitted by August 29, 2008 unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

1

Dated: New York, New York
       April 25, 2008


Copies mailed this date:

Kenneth Fredericks
Belleview Men's Shelter
CSS/CTP-TLC
400 East 30th Street - 6th Floor
New York, New York 10016

Shawn D. Fabian, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007

2