

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

KENNETH FREDERICKS,

                         Plaintiff,

-against-

THE CITY OF NEW YORK, CORPORATION
COUNSEL, MICHAEL A. CARDOZO, NEW YORK
CITY POLICE DEPARTMENT, P.O. TIMOTHY
ROGERS, PRINCE WILLIAMS, SGT JORGE
ENCARNACION and OTHERS,

                         Defendants.

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

07 Civ. 3659 (LAK)(JCF)

RECEIVED
MAY 08 2008
JUDGE KAPLAN'S CHAMBERS

-------------------------------------------------------------x

        **WHEREAS,** plaintiff commenced this action by filing a complaint on or about March 29, 2007, alleging that defendants City of New York, Corporation Counsel, Michael A. Cardozo, the New York City Police Department and Police Officers Rogers, Williams and Encarnacion ("defendants") violated plaintiff's federal civil and state common law rights; and

        **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

        1.     The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. The City of New York hereby agrees to pay plaintiff the sum of <u>Two Thousand ($2,000)</u> Dollars in full satisfaction of all claims, including claims for costs, expenses and attorney fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against defendants and to release the defendants, any present or former employees and agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action that were or could have been alleged by plaintiff arising out of the events alleged in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject

matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York

_____

| KENNETH FREDERICKS | MICHAEL A. CARDOZO |
| --- | --- |
| Plaintiff *Pro Se* | Corporation Counsel of the City of New York |
| 2575 Jerome Avenue, Apartment 2H | Attorney for Defendants |
| Bronx, New York 10468 | 100 Church Street |
| | New York, New York 10007 |
| | (212) 788-0906 |

By: *Kenneth Fredericks*  
KENNETH FREDERICKS  
Plaintiff *Pro Se*

By: _____  
SHAWN FABIAN (SF4606)  
Assistant Corporation Counsel

SO ORDERED:

_____  
U.S.D.J.  
5/8/08